UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Sean Devaney</u>

    v.                                                    Civil No. 09-cv-219-SM

<u>Chicago Title Insurance Co.</u>

## **NOTICE OF RULING**

    Re:  (Document No. 9) Defendant's Motion to Dismiss

    Ruling:  Granted, in part.  The parties seem to agree that the contract at issue requires arbitration of disputes thereunder.  Indeed, such an arbitration proceeding is said to be underway.  The case is stayed pending completion of the arbitration process in accordance with the Federal Arbitration Act.  The clerk shall administratively close the case, subject to reopening should either party seek such relief after arbitration (understanding that federal judicial review of arbitration decisions is limited).  So ordered.

Entered by:  Steven J. McAuliffe, Chief Judge

Date:  October 30, 2009

cc:   Dennis C. Hogan, Esq.
      Cynthia M. Sullivan, Esq.
      Jeffrey B. Loeb, Esq.